NTN Corporation, NTN Bearing Corporation of America, American NTN Bearing Manufacturing Corporation, NTN Driveshaft, Inc., NTN-Bower Corporation and NTN-BCA Corporation, Plaintiffs, v. United States, Defendant, and Timken U.S. Corporation, Defendant-Intervenor.

Court No. 00–09–00443

## JUDGMENT

Tsoucalas, *Senior Judge*: This Court, having received and reviewed the United States Department of Commerce, International Trade Administration's ("Commerce") *Final Remand Determination* pursuant to *NTN Corp. v. United States*, 28 CIT ___ , 306 F. Supp. 2d 1319 (2004), and Commerce having complied with this Court's instructions contained therein, it is hereby

ORDERED that the *Final Remand Determination* is affirmed in its entirety, and it is further

ORDERED that since all other issues have been decided, this case is dismissed.